# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stafford, Elizabeth A. | United States District Court, Eastern District of Michigan | 10/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Rm. 619
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Bodman PLC -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bodman PLC | March 4-6, 2015 | Boston, MA | National Association of Bond Lawyers | airfare, hotel, food and ground transportation |
| 2. | Bodman PLC | September 9-11, 2015 | Chicago, IL | National Association of Bond Lawyers | airfare, hotel, food and ground transportation |
| 3. | Washington University in St. Louis, Missouri | September 25-27, 2015 | St. Louis, Missouri | Prospective student visit | airfare, student housing, ground transportation, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | mortgage on rental property 1, Detroit, MI (Pt VIII, line 1) | K |
| 2. | Michigan First Credit Union | revolving credit account | J |
| 3. | Chase Bank | credit card | J |
| 4. | Michigan State University Federal Credit Union | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property 1, Detroit, MI | A | Rent | L | W | | | | | |
| 2. rental property 3, Detroit, MI (zero mortgage) | D | Rent | L | W | | | | | |
| 3. rental property 4, Detroit, MI (zero mortgage) | D | Rent | L | W | | | | | |
| 4. rental property 5, Grosse Pointe Park (see additional information) | | None | | | Sold | 08/10/15 | L | D | Noah Hall |
| 5. Morgan Stanley IRA: (H) | | | | | | | | | |
| 6. -American Cap Wrlk Gr & Inc A | A | Dividend | J | T | | | | | |
| 7. -American Inv Co of Amer A | A | Dividend | J | T | | | | | |
| 8. - Smallcap World A | A | Dividend | J | T | | | | | |
| 9. -Clearbridge Large Cap Gwth A | A | Dividend | J | T | | | | | |
| 10. -Franklin Mutual BLV Discov A | A | Dividend | J | T | | | | | |
| 11. - Fruanklin Mutual Shares | A | Dividend | J | T | | | | | |
| 12. Michigan Education Savings Program, Moderate Age Based Option | C | Dividend | K | T | | | | | |
| 13. Northwestern Mutual IRA: (H) | | | | | | | | | |
| 14. -Equity Income (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 15. -Neuberger Berman Socially Reponsive | A | Dividend | J | T | | | | | |
| 16. -Fidelity VIP Contrafund | A | Dividend | J | T | | | | | |
| 17. -Focused Appreciation (MSA/Janus) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mid Cap Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 19. -Fidelity VIP Mid Cap | A | Dividend | J | T | | | | | |
| 20. -Small Cap Value (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 21. -Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |
| 22. -International Equity (MSA/Frankin Tmpl) | A | Dividend | J | T | | | | | |
| 23. -Emerging Markets Equity (MSA/MFS) | A | Dividend | J | T | | | | | |
| 24. -International Growth (MSA/Janus) | A | Dividend | J | T | | | | | |
| 25. -Short Term Bond (MSA) | A | Dividend | J | T | | | | | |
| 26. -Select Bond (MSA) | A | Dividend | J | T | | | | | |
| 27. -Russell Core Bond | A | Dividend | J | T | | | | | |
| 28. -Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 29. -Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 30. -High Yield Bond (MSA) | A | Dividend | J | T | | | | | |
| 31. -Russell Global Real Estate Securities | A | Dividend | J | T | | | | | |
| 32. -Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 33. Fidelity Investments IRA: (H) | | | | | | | | | |
| 34. -Blackrock Strategic Inc Opp Port Cl A | A | Dividend | | | Buy | 01/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/17/15 | J | A | |
| 36. | | | | | Sold | 04/13/15 | J | A | |
| 37. -Blackrock Total Return Fund Cl A | A | Dividend | | | Buy | 01/12/15 | J | | |
| 38. | | | | | Sold (part) | 03/17/15 | J | A | |
| 39. | | | | | Sold (part) | 04/13/15 | J | A | |
| 40. | | | | | Sold | 07/13/15 | J | A | |
| 41. -Fidelity Select Health Care | A | Dividend | | | Buy | 01/12/15 | J | | |
| 42. | | | | | Sold (part) | 03/17/15 | J | A | |
| 43. | | | | | Sold (part) | 04/13/15 | J | A | |
| 44. | | | | | Sold | 07/13/15 | J | A | |
| 45. -Fidelity Select Consumer Stples Port | A | Dividend | | | Buy | 01/12/15 | J | | |
| 46. | | | | | Sold (part) | 03/17/15 | J | A | |
| 47. | | | | | Sold (part) | 04/13/15 | J | A | |
| 48. | | | | | Sold | 07/13/15 | J | A | |
| 49. -Fidelity Total Bond | A | Dividend | | | Buy | 01/12/15 | J | | |
| 50. | | | | | Sold (part) | 03/17/15 | J | A | |
| 51. | | | | | Sold (part) | 04/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/13/15 | J | A | |
| 53. -Rydex NASDAQ 100 INV Class | A | Dividend | | | Buy | 01/12/15 | J | | |
| 54. | | | | | Sold (part) | 03/17/15 | J | A | |
| 55. | | | | | Sold (part) | 04/13/15 | J | A | |
| 56. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 57. | | | | | Sold | 09/10/15 | J | A | |
| 58. -SPTN Inter Treas Bnd Investor Class | A | Dividend | | | Buy | 01/12/15 | J | | |
| 59. | | | | | Sold (part) | 03/17/15 | J | A | |
| 60. | | | | | Sold (part) | 04/13/15 | J | A | |
| 61. | | | | | Sold | 04/17/15 | J | A | |
| 62. -SPTN LN-TM Treas Bnd Investor Class | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 63. | | | | | Sold (part) | 04/13/15 | J | A | |
| 64. | | | | | Sold | 07/13/15 | J | A | |
| 65. -Western Asset Core Bond Fund Class Fi | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 66. | | | | | Sold (part) | 07/13/15 | J | A | |
| 67. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 68. -Fidelity Select Defense & Aerospace | A | Dividend | | | Buy | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/13/15 | J | A | |
| 70.   -IShares Core S&P Mid-Cap ETF | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 71. | | | | | Sold (part) | 07/15/15 | J | A | |
| 72. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 73.   -IShares MSCI Japan ETF | A | Dividend | | | Buy | 04/15/15 | J | | |
| 74. | | | | | Sold | 07/15/15 | J | A | |
| 75.   -Ishares Trust Msci Eafe Min Volatil ECF | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 76. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 77.   -IShares S&P 500 Growth ETF | A | Dividend | | | Buy | 04/15/15 | J | | |
| 78. | | | | | Sold | 07/15/15 | J | A | |
| 79.   -Fidelity GNMA Fund | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 80. | | | | | Sold (part) | 07/13/15 | J | A | |
| 81. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 82. | | | | | Sold (part) | 12/18/15 | J | A | |
| 83.   -Blackrock Secured Credit Portfolio | A | Dividend | | | Buy | 07/13/15 | J | | |
| 84. | | | | | Sold | 09/10/15 | J | A | |
| 85.   -Eagle Small Cap Growth FD Class A | A | Dividend | | | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 09/10/15 | J | A | |
| 87. | | | | | Sold | 10/14/15 | J | A | |
| 88. -Janus Global Life Sciences Fund CL T | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 89. | | | | | Sold (part) | 03/17/15 | J | A | |
| 90. | | | | | Sold (part) | 04/13/15 | J | A | |
| 91. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 92. | | | | | Sold (part) | 09/10/15 | J | A | |
| 93. | | | | | Sold | 10/14/15 | J | A | |
| 94. -John Hancock Intl Growth CL A | A | Dividend | | | Buy | 07/13/15 | J | | |
| 95. | | | | | Sold | 09/10/15 | J | A | |
| 96. -Matthews Japan Fund | A | Dividend | | | Buy | 07/13/15 | J | | |
| 97. | | | | | Sold | 09/10/15 | J | A | |
| 98. -IShares MSCI EAFE Small-Cap ETF | A | Dividend | | | Buy | 07/15/15 | J | | |
| 99. | | | | | Sold (part) | 09/14/15 | J | A | |
| 100. -IShares 1-3 Year Treasury Bond ETF | A | Dividend | | | Buy | 07/15/15 | J | | |
| 101. | | | | | Sold (part) | 09/14/15 | J | A | |
| 102. | | | | | Sold | 10/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Hartford Growth Opportunity Class A | A | Dividend | | | Buy | 09/10/15 | J | | |
| 104. | | | | | Sold | 10/14/15 | J | A | |
| 105. -Rydex Consumer Products Investor CL | A | Dividend | | | Buy | 09/10/15 | J | | |
| 106. | | | | | Sold | 11/24/15 | J | A | |
| 107. -TCW Total Return Bond Class N | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 108. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 109. -Fidelity Select Cnsmer Dscrtnry | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 110. -Glenmede Large Cap Growth | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 111. -IShares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 112. -Janus Global Technology Class T | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 113. -Alliancevernstein High Income Class A | A | Dividend | | | Sold | 01/12/15 | J | A | |
| 114. -Loomis Sayles Strategic Inc Cl A | A | Dividend | | | Sold | 01/12/15 | J | A | |
| 115. -Oakmark Select 1 | A | Dividend | | | Sold | 01/12/15 | J | A | |
| 116. -Putnam Capital Spectrum Fund CL A | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 117. | | | | | Sold (part) | 03/17/15 | J | A | |
| 118. | | | | | Sold | 04/13/15 | J | A | |
| 119. -Putnam Diversified Income Trust | A | Dividend | | | Sold | 01/12/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Spartan 500 Index Fd Advamtage | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 121. | | | | | Sold (part) | 03/17/15 | J | A | |
| 122. | | | | | Sold | 04/13/15 | J | A | |
| 123. -Dreyfus Midcap Index Fund | A | Dividend | | | Sold (part) | 03/17/15 | J | A | |
| 124. | | | | | Sold | 04/13/15 | J | A | |
| 125. PNC Bank 401k: (H) | | | | | | | | | |
| 126. -American New Perspective R4 | A | Dividend | L | T | | | | | |
| 127. -Fidelity Contra Fund | E | Dividend | N | T | | | | | |
| 128. -Fidelity Spartan 500 Index Fd | B | Dividend | M | T | | | | | |
| 129. -Goldman Sachs Mid Cap Value IR | A | Dividend | L | T | | | | | |
| 130. MRS Value R4 | A | Dividend | K | T | | | | | |
| 131. American Funds: (H) | | | | | | | | | |
| 132. -The Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 133. -Capital World Bond Fund 529A | A | Dividend | J | T | | | | | |
| 134. -Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 135. -The Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 136. -New Perspective Fund 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 10/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4. In my initial report, I mistakenly indicated that the rental property was in Grosse Pointe Farms, when it was actually in Grosse Pointe Park.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Stafford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544